

# NUMBER 13-22-00164-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## EX PARTE MAUREEN MARTINEZ

---

**On appeal from the 156th District Court
of Bee County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Justice Benavides**

Appellant Maureen Martinez filed a notice of appeal from an order denying her application for writ of habeas corpus. On August 12, 2022, we abated the appeal and remanded the case to the trial court to resolve a conflict between the record and the trial court's certification of Martinez's right to appeal. *See* TEX. R. APP. P. 25.2(a)(2). However, on August 22, 2022, Martinez filed a motion to dismiss the appeal. The motion was filed before we reached a decision in the case, and the motion was signed by both Martinez and her attorney. *See id.* R. 42.2(a). Accordingly, we reinstate the appeal, grant

Martinez's motion to dismiss, and dismiss the appeal. *See id.* Having dismissed the appeal at Martinez's request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
22nd day of September, 2022.